UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No.: 3:05 CV 389-MU

| | |
|---|---|
| PRECISION COMPONENTS, INC.<br><br>　　　Plaintiff,<br><br>vs.<br><br>C.W. BEARING USA, INC.<br><br>　　　Defendant. | **ORDER DENYING PLAINTIFF'S MOTION FOR RELIEF FROM PROTECTIVE ORDER** |

　　This matter is before the Court upon Motion of the Plaintiff for relief from the Protective Order entered by the Court in this matter on August 23, 2006 (the "Protective Order"). For good cause shown, the Court finds that the Protective Order is necessary pursuant to Rule 26(c)(7) to protect a trade secret or other confidential research, development, or commercial information as set forth in the Protective Order.

　　IT IS THEREFORE ORDERED that Plaintiff's Motion for Relief from Protective Order is hereby DENIED.

　　　　　　　　　　　　　　　　　　Signed: March 8, 2007

Graham C. Mullen
United States District Judge