IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05CV389

| | |
|---|---|
| PRECISION COMPONENTS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| C.W. BEARING USA, INC. and LIRONG HU, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

    This matter is before the court upon its motion. To better facilitate some scheduling issues, the court will move this case to first place on the May 7, 2007 trial term. Trial will begin with jury selection at 10:00 a.m. on Monday, May 7, 2007 in Courtroom 3.

    IT IS SO ORDERED.

Signed: March 28, 2007

*[Signature]*

Graham C. Mullen
United States District Judge