IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05CV389

| | | |
|---|---|---|
| PRECISION COMPONENTS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| C.W. BEARING USA, INC. and LIRONG HU, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the court upon the Plaintiff's Motion for Reconsideration or in the Alternative, to Alter or Amend Judgment, filed February 19, 2007. Plaintiff seeks to have the court reconsider its Order of February 6, 2007 granting partial summary judgment in favor of the Defendants. Having reviewed the briefs of the parties, the court will deny the motion.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Reconsideration or in the Alternative, to Alter or Amend Judgment is hereby DENIED.

Signed: March 28, 2007

Graham C. Mullen
United States District Judge