UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05cv389

| | |
|---|---|
| PRECISION COMPONENTS, INC. ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> C.W. BEARING USA, INC., LIRONG HU ) <br> ) <br> Defendants. ) <br> ) | **ORDER** |

**THIS MATTER** is before this Court upon its own motion. Since Plaintiffs failed to file a Motion for Leave to File a Surreply, Plaintiff's Surreply to C.W. Bearing USA's Reply In Support of Its Motion In Limine (Document #75) is hereby stricken from the record.

IT IS SO ORDERED.

Signed: May 4, 2007

Graham C. Mullen
United States District Judge