UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05cv389

| | |
|---|---|
| PRECISION COMPONENTS, INC. ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> C.W. BEARING USA, INC. ) <br> ) <br> Defendants. ) <br> ) | **ORDER** |

THIS MATTER is before the Court on its own motion. The parties are hereby directed to file any post-trial motions before or by May 21, 2007.

IT IS SO ORDERED.

Signed: May 10, 2007

Graham C. Mullen
United States District Judge