IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05CV389

| | | |
|---|---|---|
| PRECISION COMPONENTS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | JUDGMENT |
| | ) | |
| C.W. BEARING USA, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Upon the jury verdict entered in this case on May 8, 2007, the court hereby enters Judgment in this case as follows:

1. Plaintiff is hereby awarded damages in the amount of $70,096.95, plus interest at the legal rate from the date of breach, June 17, 2004, until payment of the Judgment.

2. Defendant is hereby awarded its costs in the amount of $4,008.35 pursuant to 28 U.S.C. § 1920 and Rule 68 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

Signed: June 4, 2007

Graham C. Mullen
United States District Judge